UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TIKI SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV624-017 |
| | ) |
| WARDEN STEVEN SCROGGINS, | ) |
| | ) |
| Defendant. | ) |

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 8), to which no objections have been filed. Accordingly, the Report and Recommendation is ADOPTED. (Doc. no. 8.) Sims' Complaint is DISMISSSED. (Doc. no. 1.) His Motion to Proceed In Forma Pauperis is DISMISSED as moot. (Doc. no. 7.) The Clerk is DIRECTED to CLOSE this case.

ORDER ENTERED at Augusta, Georgia, this 8th day of July, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA