AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TIKI SIMS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV624-17

WARDEN STEVEN SCROGGINS,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated July 8, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Plaintiff's complaint is dismissed. This case stands closed.

| 7/8/24 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020